

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00026-CR

**IN RE** Detrick **DEROVEN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Luz Elena D. Chapa, Justice
            Beth Watkins, Justice
            Liza A. Rodriguez, Justice

Delivered and Filed: February 5, 2020

PETITION FOR WRIT OF MANDAMUS DISMISSED AS MOOT

On January 16, 2020, relator filed a petition for writ of mandamus asserting the Honorable Jefferson Moore has not ruled on relator's pending "In Omnibus Motion for Inspection/Duplication of the Judicial Record/Information and the Court's In Camera of Same With Appendix/Affidavit Attached" (the "Omnibus Motion"). Relator also filed a Motion for Leave to File Petition and a Motion to Proceed In Forma Pauperis.

We deny as moot relator's Motion for Leave because leave is not required to file a petition for writ of mandamus in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.). We grant relator's Motion to Proceed In Forma Pauperis.

---

[1] This proceeding arises out of Cause No. 1996-CR-3437-A, styled *The State of Texas v. Detrick Deroven*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.

On January 28, 2020, the trial court provided this court with a courtesy copy of the court's ruling on the Omnibus Motion, which states: "24 Jan 2020 Denied JM."  Because relator obtained the relief requested, we dismiss his petition for writ of mandamus as moot.

PER CURIAM

Do not publish